UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON GUITY,

                Plaintiff,

    - against -

CITY OF NEW YORK, STEPHEN MARTINEZ, JENNIFER ROSARIO, and ARNALDO RIVERA,

                Defendants.

**ORDER**

18 Civ. 10234 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to Defendants' motion for summary judgment:

1. Defendants' motion is due on **June 18, 2020**;

2. Plaintiff's opposition is due on **July 9, 2020**; and

3. Defendants' reply, if any, is due on **July 20, 2020**.

Dated: New York, New York
       May 27, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge