UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON GUITY,

                Plaintiff,

     - against -

STEPHEN MARTINEZ, JENNIFER
ROSARIO, and ARNALDO RIVERA,

                Defendants.

**ORDER**

18 Civ. 10234 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On November 4, 2018, Plaintiff filed a Complaint asserting a Monell claim against Defendant the City of New York ("the City"), in addition to other claims against individual defendants Stephen Martinez, Jennifer Rosario, and Arnaldo Rivera. (Cmplt. (Dkt. No. 1)) On May 19, 2026, this Court granted summary judgment to the City on the Monell claim. (May 19, 2026 Sum. J. Op. (Dkt. No. 66) at 1) Accordingly, there are no more pending claims against the City, and the City is no longer a defendant in this action.

The Clerk of Court is directed to terminate the City as a defendant and to remove the City from the case caption. The case caption should now read: Ramon Guity v. Stephen Martinez, Jennifer Rosario, and Arnaldo Rivera.

Dated: New York, New York
      May 29, 2026

                   SO ORDERED.

                   Paul G. Gardephe
                   United States District Judge