UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON GUITY

                    Plaintiff,

        - against -

STEPHEN MARTINEZ, JENNIFER
ROSARIO, and ARNALDO RIVERA,

                    Defendants.

**ORDER**

18 Civ. 10234 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The trial of this matter previously scheduled to begin on June 15, 2026, at 9:30 a.m. is adjourned to **July 13, 2026, at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The joint pretrial order, motions in limine, requested voir dire, and requests to charge are due on **June 15, 2026**. Responsive papers are due on **June 22, 2026**.

Dated: New York, New York
        June 1, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge