UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON GUITY

                Plaintiff,

      - against -

STEPHEN MARTINEZ, JENNIFER
ROSARIO, and ARNALDO RIVERA,

                Defendants.

**ORDER**

18 Civ. 10234 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The final pretrial conference will take place on **July 8, 2026, at 11:00 a.m.** in

Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New

York, New York.

Dated:  New York, New York
       July 1, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge