UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON GUITY,

Plaintiff,

- against -

STEPHEN MARTINEZ, JENNIFER ROSARIO, and ARNALDO RIVERA,

Defendants.

**ORDER**

18 Civ. 10234 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The parties are directed to submit to the Court forthwith any discovery material regarding economic damages, whether in the form of initial disclosures, interrogatory answers, deposition testimony, or otherwise.

Dated: New York, New York
July 9, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge