UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON GUITY,

Plaintiff,

- against -

STEPHEN MARTINEZ, JENNIFER ROSARIO, and ARNALDO RIVERA,

Defendants.

**ORDER**

18 Civ. 10234 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

For the reasons stated yesterday in open court:

1. Defendants' third, fourth, fifth, seventh, and eighth motions in limine are granted;

2. Defendants' first and ninth motions in limine are denied; and

3. The Court will reserve decision on Defendants' second and third motions in limine. (See Dkt. No. 74 at 2)

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 73.

Dated: New York, New York
July 9, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge