UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON GUITY

Plaintiff,

- against -

STEPHEN MARTINEZ, JENNIFER ROSARIO, and ARNALDO RIVERA,

Defendants.

**ORDER**

18 Civ. 10234 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

By July 15, 2026, at 5:00 p.m., Plaintiff will submit an offer of proof as to (1) what Plaintiff told his coworkers and management at Hu Kitchen regarding his arrest and criminal prosecution; and (2) why Plaintiff made these statements. Plaintiff's submission should also address the legal significance, if any, of the fact that Plaintiff informed his colleagues of his arrest and prosecution, with cites to relevant case law.

Defendants will file any response to Plaintiff's submission by July 20, 2026, at 5:00 p.m.

Dated: New York, New York
July 10, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge