UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON GUITY

Plaintiff,

- against -

STEPHEN MARTINEZ, JENNIFER ROSARIO, and ARNALDO RIVERA,

Defendants.

**ORDER**

18 Civ. 10234 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The trial of this matter previously scheduled to begin on July 13, 2026, at 9:30 a.m. is adjourned to **August 3, 2026, at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 91 and 93.

Dated: New York, New York
July 10, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge